# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER NIOSI, individually, and on behalf of all others similarly situated<br><br>      Plaintiff,<br><br>v.<br><br>Eisner Advisory Group, LLC,<br><br>      Defendant. | **Case No.** 0:25-CV-01409 |
| ANDREW MARSTON, individually, and on behalf of all others similarly situated<br><br>      Plaintiff,<br><br>v.<br><br>Eisner Advisory Group, LLC,<br><br>      Defendant. | **Case No.** 0:25-CV-01568 |
| ROBERT CRIST and REBECCA L. LEMMONS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>Eisner Advisory Group, LLC,<br><br>      Defendant. | **Case No.** 0:25-cv-01573 |

# PLAINTIFFS' MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM CO-LEAD AND LIAISON COUNSEL

Defendant Plaintiffs Christopher Niosi, Andrew Marston, Robert Crist, and Rebecca L. Lemmons ("Plaintiffs") in the above-captioned cases, through their undersigned attorneys, hereby move this Court to consolidate and designate these three actions involving substantially similar class claims asserted against Defendants and to appoint Philip Krzeski (Chestnut Cambronne, PLLC), Carl V. Malmstrom (Wolf Haldenstein Adler Freeman & Herz, LLC), and Marc H. Edelson (Edelson Lechtzin LLP) as Co-Lead Class Counsel and for the appointment of David A. Goodwin (Gustafson Gluek, PLLC) as Liaison Counsel. In support of their motion, Plaintiffs submit herewith a supporting memorandum, filed concurrently.

DATED: April 25, 2025                Respectfully submitted,

*/s/ Carl v. Malmstrom*
Carl V. Malmstrom (MN #0391908)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

*Counsel for Plaintiff Christopher Niosi*

Bryan L. Bleichner (MN #0326689)
Philip J. Krzeski (MN #0403291)
**CHESTNUT CAMBRONNE PLLC**
100 Washington Ave. S., Suite 1700
Minneapolis, MN 55401
(612) 339-7300

bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

*Counsel for Plaintiff Andrew Marston*

Daniel E. Gustafson (MN Bar #0202241)
David A. Goodwin (MN Bar #0386715)
Joshua J. Rissman (MN Bar #0391500)
Joe E. Nelson (MN Bar #0402378)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
jrissman@gustafsongluek.com
jnelson@gustafsongluek.com

Marc H. Edelson (*pro hac vice forthcoming*)
Liberato P. Verderame (*pro hac vice forthcoming*)
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N300
Newtown, PA 18940
Telephone: (215) 867-2399
medelson@edelson-law.com
lverderame@edelson-law.com

*Counsel for Plaintiffs Robert Crist and Rebecca L. Lemmons*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 25, 2025 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Carl V. Malmstrom*