## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| CHRISTOPHER NIOSI, individually, and on behalf of all others similarly situated<br><br>        Plaintiff,<br><br>v.<br><br>Eisner Advisory Group, LLC,<br><br>        Defendant. | **Case No.** 0:25-CV-01409 |
| ANDREW MARSTON, individually, and on behalf of all others similarly situated<br><br>        Plaintiff,<br><br>v.<br><br>Eisner Advisory Group, LLC,<br><br>        Defendant. | **Case No.** 0:25-CV-01568 |
| ROBERT CRIST and REBECCA L. LEMMONS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Eisner Advisory Group, LLC,<br><br>        Defendant. | **Case No.** 0:25-cv-01573 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that a hearing to be held on a date and time to be determined before the Honorable Laura Provinzino, United States Judge for the United States District Court for the District of Minnesota, Plaintiffs Christopher Niosi, Andrew Marston, Robert Crist, and Rebecca L. Lemmons, by and through their undersigned counsel, will move the Court for an Order granting the Motion to Consolidate the Related Actions and appoint Interim Co-Lead Counsel and Liaison Counsel.

DATED: April 25, 2025

Respectfully submitted,

*/s/ Carl v. Malmstrom*
Carl V. Malmstrom (MN #0391908)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

*Counsel for Plaintiff Christopher Niosi*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 25, 2025 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Carl V. Malmstrom*