# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Eisner Advisory Group Data Breach Litigation | Case No. 25-cv-1409 (LMP/DTS) <br><br> **ORDER** |

The Parties filed a Stipulation to Stay Proceedings Pending Mediation, Dkt. No. 20, stating that they have scheduled a mediation for September 25, 2025, which could resolve this case in its entirety. The Parties request a stay of this action, including all pending deadlines. Based on the file, records, and proceedings;

**IT IS HEREBY ORDERED:**

1. This matter is stayed pending further order of the Court.

2. On or before October 2, 2025, the Parties shall file a status update regarding the outcome of mediation.

Dated: July 10, 2025

s/ David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge