**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re Eisner Advisory Group Data Breach Litigation* | Civil Action No. 0:25-cv-01409-LMP-DTS<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, TO AUTHORIZE CLASS NOTICE, AND SCHEDULE A FINAL APPROVAL HEARING** |

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, by their counsel, Plaintiffs hereby move this Court for entry of an Order: (1) certifying the Settlement Class for purposes of settlement; (2) appointing Plaintiffs Christopher Niosi, Andrew Marston, Robert Crist, Rebecca L. Lemmons, David Fallen, Chris Ouellette, Hannah Watzka, and Timothy Rushing as representatives of the Settlement Class; (3) appointing the undersigned counsel as Settlement Class Counsel; (4) granting preliminary approval of the proposed Settlement; (5) approving the proposed form and manner of notice to the Settlement Class; (6) directing that the notice to the Settlement Class be disseminated by Settlement Administrator Verita Global, LLC, in the manner described in the Settlement Agreement and in the Joint Declaration of Settlement Class Counsel; (7) establishing a deadline for Settlement Class members to request exclusion from the Settlement Class or file objections to the Settlement; and (8) setting the proposed schedule for completion of further settlement proceedings, including scheduling the final fairness hearing.

This Motion is based on the record in this case as well as: (1) Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, to Authorize Class Notice, and Schedule a Final Approval Hearing; (2) the Joint Declaration Class Counsel; and (3) the Proposed Preliminary Approval Order that are served and filed herewith, as well as any additional materials or argument that may be presented to the Court.

Dated: May 13, 2026

Respectfully submitted,

*/s/ Philip J. Krzeski*

Philip J. Krzeski (MN #0403291)
Bryan L. Bleichner (MN #0326689)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, Ste 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Raina Borrelli
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave, Ste 1610
Chicago, IL 60611
raina@straussborelli.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N Pennsylvania Ave
Oklahoma City, OK 73120
wbf@federmanlaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Daniel E. Gustafson (MN Bar #0202241)
David A. Goodwin (MN Bar #0386715)
Joshua J. Rissman (MN Bar #0391500)
Joe E. Nelson (MN Bar #0402378)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 S 6th St, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
jrissman@gustafsongluek.com
jnelson@gustafsongluek.com

*Liaison Counsel for Plaintiffs*